*Superseded by art. 29 d. V.C.A*

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Opinion No. O-1105

Re: If a county once has a population
by federal census of 10,000 or
more, does it continue to have
elected a tax collector if a sub-
sequent census shows a population
of less than 10,000.

Dear Sir:

Yours of the 17th instant is received. You sub-
mit the following question:

"Would a county once established as an
over county - that is, with a population of
more than 10,000 - remain an over county if
the census in 1940 were less than 10,000 in-
habitants."

Article VIII, Section 16, of the Constitution
adopted in 1932 is:

"The sheriff of each county, in addition
to his other duties, shall be the assessor and
collector of taxes therefor; but, in counties
having 10,000 or more inhabitants, to be de-
termined by the last preceding census of the
United States, an assessor and collector of
taxes shall be elected to hold office for two
years and until his successor shall be elected
and qualified."

It will be noted that the sheriff is entitled to
hold the office of assessor and collector under the Consti-
tution, except in counties having more than 10,000 inhabi-
tants, to be determined by the last preceding census of the
United States.

A discussion of this constitutional provision may be found in Brooke vs. Dulaney, 100 Tex. 86; Nelson vs. Edwards, 55 Tex. 389; Holcomb vs. Spikes, 232 S.W. 891.

We answer that if the county in question is shown by the 1940 census to have less than 10,000 inhabitants that then under the Constitution the sheriff is entitled to hold the office of assessor and collector in addition to that of sheriff.

Yours very truly

ASR:FG:wb

ATTORNEY GENERAL OF TEXAS

By /s/ Albert S. Rollins

Albert S. Rollins, Assistant

APPROVED JUL 22, 1939

/s/ W. F. Moore

FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED:   OPINION COMMITTEE

BY:   T.D.R.   Chairman